IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR60 |
| v. | ) | |
| FLOYD VICTOR JOHNSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the United States Marshal shall release the defendant to a representative of the Federal Public Defender for transport to the facility designated by the Bureau of Prisons for the public law placement upon advice from SUSPO Michael W. Tolley that a bed has become available for the defendant. The Clerk shall provide a copy of this Order to the United States Marshal Service.

DATED this 24th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge