IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR60 |
| v. | ) | |
| FLOYD VICTOR JOHNSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The United States Marshal shall release the defendant to the Federal Public Defender or one of its staff members for transport to Dismas Charities in Sioux City, Iowa, on July 17, 2017, the pickup time and location to be arranged between defendant's attorney and the United States Marshals Service.

(2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing with the additional condition set forth within the order dated May 24, 2017 (filing no. 76).

DATED this 14th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge